UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**ANGIE LEWIS**　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

**v.**　　　　　　　　　　　　　　　　　　　　　　　　　　　**No. 3:23-cv-532-BJB**

**COMMISSIONER OF SOCIAL SECURITY**　　　　　　　　　　　　　　**DEFENDANT**

## ORDER

  The Court previously granted the parties' joint motion to remand this benefits-determination appeal for further administrative proceedings. DN 15. The parties then filed a proposed agreed order for attorney fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. DN 17. The Court referred the proposed order to Magistrate Judge Lindsay for a Report and Recommendation. DN 18. Judge Lindsay recommended the Court adopt and enter the proposed stipulation awarding Lewis $6,750.00 in attorney fees. DN 19.

  No party has objected to the Report and Recommendation. So the law allows this Court to adopt it without review. *See Thomas v. Arn*, 474 U.S. 140, 150 (1985). Nevertheless, the Court has reviewed and finds no error in Judge Lindsay's conclusions. Accordingly, the Court adopts the Report and Recommendation (DN 19), incorporates it by reference as part of this order, adopts the parties' proposed stipulation (DN 17), and awards $6,750.00 in attorney fees and expenses to Lewis.

Benjamin Beaton, District Judge
United States District Court

November 12, 2024